UNITED STATES DISTRICT COURT
SOUTHERN DIST ~~CT OF NEW YORK~~

*Maurice A. Chinnery*

*JUDGE ROBINSON*

_____

*(In the space above enter the full name(s) of the plaintiff(s).)*

-against-

*New York State office of*
*children -n- family Services.*
*Mr. Roger Rasco - Facility Director.*

*(In the space above enter the full name(s) of the defendant(s).*
*If you cannot fit the names of all of the defendants in the space*
*provided, please write "see attached" in the space above and*
*attach an additional sheet of paper with the full list of names.*
*Typically, the company or organization named in your charge*
*to the Equal Employment Opportunity Commission should be*
*named as a defendant. Addresses should not be included here.)*

**COMPLAINT**
**FOR EMPLOYMENT**
**DISCRIMINATION**

Jury Trial:  ☐ Yes  ☐ No

*(check one)*

This action is brought for discrimination in employment pursuant to: *(check only those that apply)*

✓    Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e
to 2000e-17 (race, color, gender, religion, national origin).
*NOTE: In order to bring suit in federal district court under Title VII, you must first obtain a*
*Notice of Right to Sue Letter from the Equal Employment Opportunity Commission.*

_____    Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§
621 - 634.
*NOTE: In order to bring suit in federal district court under the Age Discrimination in*
*Employment Act, you must first file a charge with the Equal Employment Opportunity*
*Commission.*

_____    Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 -
12117.
*NOTE: In order to bring suit in federal district court under the Americans with Disabilities Act,*
*you must first obtain a Notice of Right to Sue Letter from the Equal Employment Opportunity*
*Commission.*

✓    New York State Human Rights Law, N.Y. Exec. Law §§ 290 to 297 (age,
race, creed, color, national origin, sexual orientation, military status, sex,
disability, predisposing genetic chacteristics, marital status).

_____    New York City Human Rights Law, N.Y. City Admin. Code §§ 8-101 to
131 (actual or perceived age, race, creed, color, national origin, gender,
disability, marital status, partnership status, sexual orientation, alienage,
citizenship status).

DEC 22 2009

PRO SE OFFICE

*Rev. 05/2007*                                      1

## I.   Parties in this complaint:

A.   List your name, address and telephone number.  Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff   Name _Maurice A. Chinnery_

Street Address _88 Fire Fighters Memorial Drive_

County, City _Fort Montgomery_

State & Zip Code _New York 10922 P.O. Box 231 Fort Montgomery N.Y. 10922._

Telephone Number _____

B.   List all defendants' names and the address where each defendant may be served.  Make sure that the defendant(s) listed below are identical to those contained in the above caption.  Attach additional sheets of paper as necessary.

Defendant   Name _Roger Rasco -N- Office of children family Services_

Street Address _97 Cross Roads_

County, City _Goshen New York_

State & Zip Code _New York_

Telephone Number _845 615-3000._

C.   The address at which I sought employment or was employed by the defendant(s) is:

Employer _Office of children -N- family Services_

Street Address _97 Cross Roads_

County, City _Goshen_

State & Zip Code _New York 109_

Telephone Number _(845) 615-3000._

## II.   Statement of Claim:

State as briefly as possible the <u>facts</u> of your case, including relevant dates and events.  Describe how you were discriminated against.  If you are pursuing claims under other federal or state statutes, you should include facts to support those claims.  You may wish to include further details such as the names of other persons involved in the events giving rise to your claims.  Do not cite any cases.  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.  Attach additional sheets of paper as necessary.

A. The discriminatory conduct of which I complain in this action includes: *(check only those that apply)*

_____   Failure to hire me.

_____   Termination of my employment.

_____   Failure to promote me.

_____   Failure to accommodate my disability.

_____   Unequal terms and conditions of my employment.

✓       Retaliation.

_____       Other acts *(specify)*: _____.

*Note:*   *Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.*

B.    It is my best recollection that the alleged discriminatory acts occurred on: _____.

                                                                   *Date(s)*

C.    I believe that defendant(s) *(check one)*:

       _____     is still committing these acts against me.

       _____     is not still committing these acts against me.

D.    Defendant(s) discriminated against me based on my *(check only those that apply and explain)*:

      ☒    race  _____        ☒    color  _____

      ☒    gender/sex  _____      ☐    religion_____

      ☐    national origin  _____

      ☐    age.   My date of birth is _____ *(Give your date of birth only if you are asserting a claim of age discrimination.)*

      ☐    disability or perceived disability, _____ *(specify)*

E.    The facts of my case are as follow *(attach additional sheets as necessary)*:

I have been suspended without pay
I have been written up
I have been taken off the night tour.
I have been harrassed and disrespected
I have been targeted for termination from this current Administration.

*Note:*   *As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, the New York State Division of Human Rights or the New York City Commission on Human Rights.*

## III.   Exhaustion of Federal Administrative Remedies:

A.    It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding defendant's alleged discriminatory conduct on: _____ 1-2-08. _____ *(Date)*.

B.   The Equal Employment Opportunity Commission *(check one)*:

_____   has not issued a Notice of Right to Sue letter.

MAILED ON
_____   issued a Notice of Right to Sue letter, which I received on  9-24-09  *(Date)*.

*Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.*

C.   Only litigants alleging age discrimination must answer this Question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding defendant's alleged discriminatory conduct *(check one)*:

_____   60 days or more have elapsed.

_____   less than 60 days have elapsed.

## IV.   Relief:

WHEREFORE, plaintiff prays that the Court grant such relief as may be appropriate, including injunctive orders, damages, and costs, as follows: _____

Compensatory damages

*(Describe relief sought, including amount of damages, if any, and the basis for such relief.)*


**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this 22 day of  Dec  , 2009

Signature of Plaintiff   *Maurice Chinnery*

Address   P.O. BOX  231  Fort Mont Comery

New York  10922.

_____

Telephone Number   845   633 - 6536

Fax Number *(if you have one)*   _____


*Rev. 05/2007*                    4

EEOC Form 161 (2/08)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

# DISMISSAL AND NOTICE OF RIGHTS

To: Maurice A. Chinnery
PO Box 231
Ft. Montgomery, NY. 10922

From: New York District Office
33 Whitehall Street
5th Floor
New York, NY 10004

☐ On behalf of person(s) aggrieved whose identity is
CONFIDENTIAL (29 CFR §1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 16G-2008-04214 | Holly M. Woodyard,<br>Investigator | (212) 336-3643 |

## THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:

☐ The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐ Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

☐ The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐ Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

☐ The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

☒ The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☐ Other (briefly state)

## - NOTICE OF SUIT RIGHTS -

(See the additional information attached to this form.)

**Title VII, the Americans with Disabilities Act, and/or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a state claim may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years)** before you file suit may not be collectible.

On behalf of the Commission

Enclosures(s)

_____
Spencer H. Lewis, Jr.,
Director

9/24/09
_____
(Date Mailed)

cc: **New York State, Office Of Children & Family Service**
**Equal Opportunity and Diversity Development Office**
**52 Washington St.**
**Rensselaer, NY 12144**

**Goshen Residential Center**

To:     **All YDA staff**

From:  **Roger Rascoe, Facility Director**

Date:  **6/30/2004**

Re:     **Night Census Calls -- Visual Checks of Residents**

The following criteria is reiterated from local policy and task and standards for night census calls:

1.    **Visual checks** of all residents shall be made at a minimum of every 30 minutes.

2.    Census calls indicating you have made the visual checks of residents and have accounted for all residents.

**Note:    When making your census calls, you are hereby instructed to state the following:**

**"This is YDA _____ on Wing # ____. I am confirming that I have made a visual check of all residents and the count on the wing is ____ residents."**

**Accordingly, it is expected that you will visually check all rooms and confirm the presence of all residents "before" making your 30 minute census call!**

Effective immediately and upon your receipt of this memorandum, the following procedures will be following in progressively dealing with staff that fail to make the required visual checks and/or census calls:

1st instance -- informal verbal counseling by supervisory staff.

2nd instance -- formal counseling memorandum by supervisory staff.

3rd instance -- formal disciplinary charges will be pursued.

4th instance -- you will be administratively removed from Tour I if that is your regular shift "or" you will be permanently barred from working overtime on Tour I.

I hereby acknowledge that I have read and understand the content of this memorandum:

_____          _____
YDA signature                                              Date

Cc: Personal History File, facility file

● Page 1

State of New York                          Office of Children and Family Services

## MEMORANDUM

TO: MAURICE CWINNERY                    DATE: 12/3/07

FROM: Office of Equal Opportunity            SUBJECT: Acknowledgment
And Diversity Development

This will acknowledge your complaint, brought to the Office of Equal Opportunity and Diversity Development on  /  /  .

In order for the EODD to act on your complaint, we ask that you submit the details in writing, using the complaint form you have been given, preferably within ten (10) working days. If circumstances make it impossible for you to do so within that period of time, please make a formal request for an extension.

The Department's Complaint Procedure states that there will be charge to accruals for time taken in conjunction with a complaint. It must be understood, however, that only reasonable amounts of time will be allowed. An employee will not be permitted to abuse this provision by making an excessive number of visits to the Office of Equal Opportunity and Diversity Development or taking so much time in pursuit of a resolution of the complaint as to substantially affect productivity or have a demonstrably negative effect on the work of her or unit.

Under the law, you may choose to file a complaint concurrently with:

a.  The New York State Division of Human Rights (within 365 days of alleged discriminatory act or omission);

b.  The United States Equal Employment Opportunity Commission (within 300 days of alleged discriminatory act or omission);

c.  The United States Department of Health and Human Services Office of Civil Rights (within 180 days alleged discriminatory act or omission); and

d.  A federal or State court of appropriate jurisdiction

Rec'd: _____          the AFFIRMATIVE ACTION ADMINISTRATOR
           Signature

Office  EODD                              phone 518-474-3165



**New York State Office of Children & Family Services**

**Eliot Spitzer**
*Governor*

**Gladys Carrión, Esq.**
*Commissioner*

**Goshen Residential Center**

97 Cross Road
Goshen, NY  10924

(845) 615-3930
Fax (845) 615-3936

Maurice Chinnery

December 16, 2007

Subject:     30-day Suspension without Pay

Dear Mr. Chinnery,

On September 18, 2007 you were served notice of discipline indicating you would be suspended without pay for thirty (30) days for violating Goshen policy and procedures.  (Copy of letter attached).

Our records indicate you did not appeal this decision.

Accordingly, I am formally advising you that you are placed on Suspension without pay effective Friday, December 28, 2007 through Saturday, January 26, 2008.  Your first date to return to work shall be Sunday, January 27, 2008.

By your signature below, you acknowledge receipt of this notice.

Roger Rascoe
Facility Director

_____               _____
Maurice Chinnery                                               Date

Witness



**POST ORDERS - COMMUNICATION CENTER / CONTROL ROOM - YDA II**
   **TOUR I – 10:00 P.M. TO 6:00 A.M.**
   **TOUR II – 6:00 A.M. TO 2:00 P.M.**
   **TOUR III 2:00 P.M. TO 10:00 P.M.**

23. Document all money received for residents and place all money and receipts in the designated locked deposit box inside the Control Room.

24. [illegible] designa[illegible] advises the work has been complet[illegible]

25. Inventory all security equipment daily and record in appropriate logs.

26. Issue security equipment as needed i.e. handcuffs, shackles, etc. and document in logbook.

27. At darkness outside, issue a working flashlight for each residential wing to CSU staff for delivery to the residential wings. Note: The time of this activity will vary with the seasons. (Tour III staff only)

28. Document information on departing/arriving trips in appropriate logs. Keep the AOD and/or CSU staff informed in any change in trip status.

29. **Maintain Night Census call logbook.** Retrieve information from voice mail and enter it into the logbook.

30. **Monitor and document half-hour physical count calls** in appropriate log. Notify the Tour I Shift Leader of any failure to comply with half-hour call in procedure. (Tour I only)

31. Process for entry any persons entering the facility. Check the visitor's identification and have the visitor sign the visitor log. Ensure that CSU or other staff scans the visitor(s) for contraband. Notify A.O.D. and request assistance with this process if necessary.

32. Issue key to weapons locker to visiting police/peace officers and ensure the officer secures his weapon in the locker before entering the facility. Document this information in the appropriate log.

33. Monitor calls on two way radios during entire tour including radio alarms. Announce over radio alarms and/or calls for assistance.

34. Note: Deliveries to the facility are not permitted until 6:30 a.m. when Tour II staff is available to conduct a physical security check of the vehicles. Absolutely no vehicles are to enter the facility unless a second staff member is available to physically check the vehicle. (The only exception to this is in an emergency and the vehicle is an ambulance or fire truck responding to a medical or fire emergency at the facility.) Document all vehicles entering or exiting the facility through the sally port in appropriate log. Notify AOD and/or CSU and ensure that staff conducts a physical check of these vehicles for possible contraband or attempts at AWOL.

35. **Maintain vehicle usage records.** Complete the monthly vehicle reports on all vehicles and submit to the home office. File a copy of the report in the appropriate file. (Tour II only)

36. **Maintain inventory of keys and key rings.** (Tour II only)

37. Review and log outgoing resident mail. Bundle mail and forward to Business Office. (Tour I only)

38. Ensure that Control Room/Communication Center is in compliance with all applicable ACA standards. Report any observed violations.

39. Keep Control Room clean. You should vacuum floor, empty trash, clean windows etc. as may be needed.

40. At end of tour document all facility keys still out and ac[illegible] A[illegible] of same.

41. Check for accountability of all facility keys and confirm key locations with Control Room staff coming on duty for the next shift/tour of duty.



**New York State**
**Office of** June 2, 2008
**Children & Family**
**Services**

www.ocfs.state.ny.us

Maurice Chinnery
88 Fire Fighters Memorial Drive
Fort Montgomery, New York 10922

Dear Mr. Chinnery:

**David A. Paterson**
*Governor*

**AMENDED**

**Gladys Carrión, Esq.**
*Commissioner*

In accordance with the Disciplinary Procedure, Article 33 of the Agreement between the State and CSEA for the Institutional Services Unit, you are hereby informed that the Office of Children and Family Services propose to terminate your employment for the following reasons:

**AMENDED** CHARGES:

Capital View Office Park
52 Washington Street
Rensselaer, NY 12144

You are guilty of misconduct as follows: you violated Post Orders/Shift Assignment Policy (GRC 3247.06), and Population Count and Movement Policy (GRC 3247.08) when you failed to make the required census call-in to Central Service every half hour. Specifically, from June 6, 2007 through December 31, 2007 you failed to make the required census call over **200 times.**

As specified:

| DATE | TIMES |
|------|-------|
| 06/06/2007 | 2:30 am, 3:00 am, 4:30 am |
| 06/09/2007 | 4:00 am, 4:30 am, 6:00 a.m. |
| 06/10/2007 | 10:30 pm, 3:00 am, 3:30 am |
| 06/11/2007 | 12:00 am, 12:30 am, 3:00 am, 3:30 am 5:30 am |
| 06/12/2007 | 12:30 am, 3:00 am, 4:00 am, 4:30 am, 6:00 am |
| 06/13/2007 | 2:30 am, 3:00 am, 3:30 am |
| 06/15/2007 | 2:30 am, 3:00 am, 4:00 am |
| 06/16/2007 | 11:00 pm, 11:30 pm, 12:00 am, 12:30 am, 2:30 am, 6:00 am |





An Equal Opportunity Employer



**NEW YORK STATE
DIVISION OF HUMAN RIGHTS
COMPLAINT FORM**

Please complete this form completely, sign it before a notary public, have it notarized, and return it to the New York State Division of Human Rights' Central office, <u>One Fordham Plaza, 4th Floor, Bronx, NY 10458</u> . For further information, and/or for assistance in filing a complaint, please refer to our website at <u>www.dhr.state.ny.us</u>, or call your local New York State Division of Human Rights office *(See attached list)*.

## 1. PERSONAL DATA

First Name    Maurice          M. I.    A          Last Name    Chinnery

Street Address  88 Firefighters Memorial Drive          Apartment #  2R

City    Fort Montgomery          State  Ny          Zip Code  10922

Primary Phone Number: Area Code   845  –  859-4559          Ext.

Secondary Phone Number: Area Code   845  –  838-1680          Ext.

## 2. JURISDICTION

I believe I was discriminated against in          Employment          . *(please select one from below)*

   Apprentice Training

   Boycotting/Blacklisting

   Credit

   Educational Institutions

   Employment *(the employer being charged must have four or more employees)*

   Housing

   Public Accommodations

   Volunteer Firefighters

The most recent act of discrimination against me occurred on: *(if the discrimination is still going on, use today's date)*

Month  May          Day  19          Year  2008

REV  4/2008

**3. Basis**

I believe that I am being discriminated against because of my
*(please provide additional details below, for all that apply)*

Age *(if selected, state date of birth, and please specify):*

Arrest Record *(only if resolved in your favor, please specify):*

Color *(if selected, please specify):*
Black

Conviction Record *(if selected, please specify):*

Creed/Religion *(if selected, please specify):*

Disability/Perceived Disability/Past Disability *(if selected, please specify):*

Familial Status for Housing Cases only *(presence of children in the household):*

Genetic Pre-Disposition *(if selected, please specify):*

Marital Status *(if selected, please specify: Unmarried, Married, Separated, Divorced, Widowed):*

Military Status *(if selected, please specify):*

National Origin *(if selected, please specify):*

Pregnancy *(if selected, please specify):*

Race *(if selected, please specify):*
African American

Sex *(if selected, please specify: Male, Female, Sexual Harassment):*
Male

Sexual Orientation/Perceived Sexual Orientation *(if selected, please specify):*

Retaliation for Opposing Discrimination and/or Objecting to a Discriminatory Practice. *(This involves retaliation for opposing discrimination based on one of the categories listed above, such as by filing a discrimination case, being a witness in a discrimination case, and/or objection to a discriminatory practice.)*

Grieving write-ups and disciplinary actions which were administered unfairly.

Violation of a Prior Order Issued by the New York State Division of Human Rights *(if selected, please specify case name, order number, and date of order):*

REV  4/2008

*Please provide information below regarding the party that discriminated against you ("Respondent").*

Name of Firm, Organization, or Individual Against Whom you are Filing:  *(If you are naming a co-worker, supervisor, agent, etc., please also name the firm or organization.)*

Name | Roger Rascoe, Office of Children and Family Services, Goshen Residential Center

Address | 97 Cross Road

City | Goshen        State | NY        Zip Code | 10924

Phone Number : Area Code | 845 | -- | 615-300        Ext |

## 5. DESCRIPTION OF DISCRIMINATION

Please answer the following questions concerning the discrimination about which you are complaining. Please try to be as specific as possible with respect to acts, dates, and names.  Please write or print legibly or attach a typed description.

A.   Why do you believe that you were/are being discriminated against?

> I am a black man who has been treated unfairly. I have been disrespected and targeted through suspensions, fines and negative write-ups. At the same time others of different race and gender are not. I am being targeted for alleged missing phone calls and I am subsequently being terminated while other employees are not being called to task.

B.   What did/does the discrimination consist of?

> Unjustly being given a 30 day suspension, and a subsequent termination.(lease see attached).

C.   Do you have any comparative data *(such as names of other individuals who were in the same situation as you, but treated more favorably)* or other information to support your charge of discrimination? If so, describe below:

> Miss Johnson,  Mr. Castelli,  Mr. Gomez , Mr. Rose

D.   Do you have any other information or evidence relevant to your claim of discrimination?

> I have copies of a Missed Call printout from the facility showing all employees with missed calls.

REV  4/2008

**ADDITIONAL INFORMATION**

Please provide the names, addresses, and phone numbers for any possible witnesses, and what each person witnessed with respect to your charge:

Not at this moment but will investigate the possibility of obtaining witnesses through my coworkers.

What remedy are you seeking as a result of filing this complaint?

I wish to maintain my position in the facility without any reprisals. In addition monetary compensation for all wages that have been or will be lost due to the above mentioned suspensions/termination.

(If you cannot put all your information here, please attach another sheet of paper with this information)      REV  4/2008

Please indicate below the name, address, and telephone number of a person who may be contacted and will know your whereabouts if the Division cannot locate you :

Name | Patricia Trout

Address | 11 Carrie Drive

City | New City          State | NY          Zip Code | 10956

Phone Number : Area Code | 845 | – | 6422647          Ext. | 

How did you hear about the Division?

☐ Referral *(please identify the referring agency/organization/person):*

☐ Heard about the Division from:

    ☐ Another State Agency *(please identify):*

    ☐ Radio Ad on Fair Housing *(please identify station, if you recall):*

    ☒ Other *(please be as specific as possible):* | friend / coworker

☐ Saw Division Brochure/Pamphlet

☐ Heard about the Division in a news story *(please identify the story and the media type, such as newspaper, television, or radio):*

☐ Other *(please be as specific as possible):*

**6. EXECUTION OF COMPLAINT**

Based on the foregoing, I charge the above-named Respondent with an unlawful discriminatory practice, in violation of the New York State Human Rights Law.

By filing this complaint, you are also filing your employment complaint with the Equal Employment Opportunity Commission under the Americans With Disabilities Act (covers disability related to employment), Title VII of the Civil Rights Act of 1964, as amended (covers race, color, religion, national origin, sex relating to employment), and/or the Age Discrimination in Employment Act, as amended (covers ages 40 years of age or older in employment), or filing your housing/credit complaint with HUD under Title VIII of the Federal Fair Housing Act, as amended (covers acts of discrimination in housing),as applicable. This complaint will protect your rights under Federal Law.

I hereby authorize the New York State Division of Human Rights to accept this complaint on behalf of the U.S. Equal Employment Opportunity Commission, subject to the statutory limitations contained in the aforementioned law and/or to accept this complaint on behalf of the U.S. Department of Housing and Urban Development for review and additional filing by them, subject to the statutory limitations contained the in aforementioned law.

I have not commenced any other civil action, nor do I have an action pending before any administrative agency, under any state or local law, based upon this same unlawful discriminatory practice.

I swear under penalty of perjury that I am the complainant herein; that I have read (or have had read to me) the foregoing complaint and know the contents of this complaint; and that the foregoing is true and correct, based on my current knowledge, information, and belief.

_____

Sign your Full Legal Name

Subscribed and Sworn to Before Me This
      Day of                , 20

_____

Signature of Notary Public

REV  4/2008

NEW YORK STATE
DIVISION OF HUMAN RIGHTS

---

NEW YORK STATE DIVISION OF
HUMAN RIGHTS on the Complaint of

MAURICE A. CHINNERY,

                                    Complainant,

                      v.

NEW YORK STATE, OFFICE OF CHILDREN &
FAMILY SERVICES,

                              Respondent.

and NEW YORK STATE, DEPARTMENT OF
CIVIL SERVICE, Necessary Party.

DETERMINATION AND
ORDER AFTER
INVESTIGATION

Case No.
10125761

Federal Charge No. 16GA804214

---

On 5/22/2008, Maurice A. Chinnery filed a verified complaint with the New York State Division of Human Rights ("Division") charging the above-named respondent with an unlawful discriminatory practice relating to employment because of race/color, sex in violation of N.Y. Exec. Law, art. 15 (Human Rights Law).

After investigation, and following opportunity for review of related information and evidence by the named parties, the Division has determined that there is NO PROBABLE CAUSE to believe that the respondent has engaged in or is engaging in the unlawful discriminatory practice complained of. This determination is based on the following:

Complainant has not identified a contributory nexus between the basis of his allegation and the actions taken against him. The documents submitted by Complainant did not reveal any basis by which to infer that his suspension was based upon discriminatory animus on the part of Respondent. Furthermore, Respondent affirms that the actions taken against Complainant were based upon Complainant's numerous times of excessive lateness and absenteeism in addition to Complainant's continuing pattern of performance deficiencies during his probationary period.

Respondent has provided a non discriminatory business related reason for the action taken against Complainant. This reason has not been found to be a pretext to discriminate.

The complaint is therefore ordered dismissed and the file is closed.

PLEASE TAKE NOTICE that any party to this proceeding may appeal this Determination to the New York State Supreme Court in the County wherein the alleged unlawful discriminatory practice took place by filing directly with such court a Notice of Petition and Petition within sixty (60) days after service of this Determination. A copy of this Notice and Petition must also be served on all parties including General Counsel, State Division of Human Rights, One Fordham Plaza, 4th Floor, Bronx, New York 10458. DO NOT FILE THE ORIGINAL NOTICE AND PETITION WITH THE STATE DIVISION OF HUMAN RIGHTS.

Your charge was also filed under Title VII of the Civil Rights Act of 1964. Enforcement of the aforementioned law(s) is the responsibility of the U.S. Equal Employment Opportunity Commission (EEOC). You have the right to request a review by EEOC of this action. To secure review, you must request it in writing, within 15 days of your receipt of this letter, by writing to EEOC, New York District Office, 33 Whitehall Street, 5th Floor, New York, New York 10004-2112. Otherwise, EEOC will generally adopt our action in your case.

Dated: 3/26/09
Peekskill, New York

STATE DIVISION OF HUMAN RIGHTS

By: _____
Margaret G. King
Regional Director

1 Fordam Plaza
Bronx N.Y.
10458.

Caroline
Downey
General counsel
State Division
Human Rights

Supreme Court
- 3

285 MAIN st
Office 108.4

- 2 -

OCFS-4486 (Rev. 1/2001)



RECEIVED
OFFICE OF EODD

NYS OFFICE OF CHILDREN & FAMILY SE
CENTRAL OFFICE

**NEW YORK STATE**
OFFICE OF CHILDREN AND FAMILY SERVICES
**OFFICE OF EQUAL OPPORTUNITY AND DIVERSITY DEVELOPMENT ( EODD)**
**EMPLOYEE/APPLICANT COMPLAINT**

This form is to be used to file an internal complaint of discrimination and/or unequal treatment in employment opportunities with the Office of Equal Opportunity and Diversity Development. The complaint of discrimination and/or unequal treatment must be filed within **60** days of the act or omission.

DATE: 1-2-08

## I. PERSONAL INFORMATION ON COMPLAINANT:

NAME: Maurice Chinnery

HOME ADDRESS: 88 Fire Fighters Memorial Drive      STATE: NY.      ZIP CODE: 10922.

| HOME PHONE NUMBER/AREA CODE: (845) 859-4559 | JOB TITLE: Y.D.A. 3 | DATE OF APPOINTMENT: |

WORK ADDRESS: Cross Roads Goshen      STATE: NY.      ZIP CODE:

| WORK PHONE NUMBER/AREA CODE: (845) 615-3000 | WORK SCHEDULE: HOURS 8 DAYS 5 | PROBATIONARY PERIOD ENDS: |

## II. SUPERVISORY INFORMATION:

| IMMEDIATE SUPERVISOR'S NAME: Mr. N̄ Demerst | TITLE: Senoir Y.D.C |
| 2ND LEVEL SUPERVISOR'S NAME: Mr. Rosco | TITLE: Director |

## III. DETAILS OF COMPLAINT:

**1. TYPE OF COMPLAINT: (Indicate as many as apply)**

☒ DISCRIMINATION   ☒ UNEQUAL TREATMENT   ☒ INTIMIDATION   ☒ HARASSMENT

**2. COMPLAINT RELATES TO:**

☒ RACE   ☐ COLOR   ☐ AGE   ☐ DISABILITY   ☐ MARITAL STATUS   ☐ VIETNAM ERA VETERAN STATUS

☐ NATIONAL ORIGIN   ☐ SEX   ☒ GENDER   ☐ RELIGION   ☐ CRIMINAL RECORD   ☐ SEXUAL ORIENTATION

☐ CARRIER STATUS   ☐ MILITARY STATUS

**3. COMPLAINT ALLEGES SEXUAL HARASSMENT:**

☐ YES   ☒ NO

**4. COMPLAINT IS MADE AGAINST: (NAME)** Roger Rascoe

TITLE: Facility Director   DIVISION/OFFICE: Goshen Residential/Secure

**5. RELATIONSHIP OF THIS PERSON TO THE COMPLAINANT:**

☒ SUPERVISOR   ☐ CO-WORKER   ☐ SUBORDINATE   ☐ INTERVIEWER   ☐ OTHER

**6. ALLEGED PROHIBITED ACT OR OMISSION OCCURRED ON OR ABOUT:** Harassment      Race discrimination

**THE PROHIBITED ACT OR OMISSION IS CONTINUING**

☒ YES   ☐ NO

OCFS-4486 (Rev. 1/2001) REVERSE

7. SPECIFICALLY DESCRIBE THE ALLEGED ACT OR OMISSION. INCLUDE REASONS FOR CONCLUDING THAT PAST AND PRESENT ACTS OR OMISSIONS SUPPORT ALLEGED DISCRIMINATION AND/OR UNEQUAL TREATMENT. THE NAMES OF WITNESSES AND ANY SUPPORTING MATERIAL SHOULD BE ATTACHED. (USE ADDITIONAL SHEET IF NECESSARY.)

*see attached*

8. HAVE YOU FILED A COMPLAINT WITH A FEDERAL, STATE OR LOCAL GOVERNMENT AGENCY?

☐ YES   ☒ NO

IF YES, WITH WHOM?:

IV. BRIEFLY DESCRIBE THE REMEDY SOUGHT IN SETTLEMENT OF THIS COMPLAINT:

I expect to receive fair & equal treatment for all future disciplinary actions. In addition I expect to be compensated for loss of pay due to an unfair suspension.

V. AFFIRMATION

I understand that within one year from the discriminatory act or omission described above, I must file a complaint with the State Division of Human Rights based on this claim if it relates to age, race, color, national origin, sex, disability, marital status, religion, or prior criminal record if I wish to proceed under the Human Rights Law of New York State.

I understand that within 300 days from the discriminatory act described above I must file a charge with the Equal Employment Opportunity Commission based on this claim if it relates to age, race, color, national origin, sex religion, or prior criminal record or the EEOC may lose jurisdiction over this matter.

I understand that the filing of this internal claim does not prevent me from filing a claim through other external agencies with concurrent jurisdiction, including judicial proceedings.

I hereby swear that the information contained in this claim is true and correct to the best of my knowledge, information and belief.

| DATE: 1-2-08 | SIGNATURE: *Maurice Chinnery* |
| ACKNOWLEDGED ON: | SIGNATURE: |

**Maurice Chinnery**
**Employee/Applicant Complaint**
**January 8, 2008**

JAN 8

NYS OFFICE OF COURT SERVICES
CENTRAL OFFICE

page 1

It is my allegation that Mr. Rascoe has discriminated against me by providing unequal treatment of me in disciplinary actions.

Mr. Rascoe has singled me out and targeted me for allegedly missing phone calls. As a result I have received a 30-day suspension without pay on December 28, 2007. On the morning of December 31, 2007 I went to the EODD to submit a written complaint o Harassment against Mr. Rascoe's policies and procedures of excessive actions of discipline regarding my alleged missed phone calls while others, not my race and gender, were not likewise disciplined.

On the morning of January 3, 2008, I returned to the EODD to file a racial discrimination charge against Mr. Rascoe. Upon speaking with the Labor Relations Department, I delayed submission of my complaint, on the advice of the Labor Relations Department Representative, who advised me that there was an ongoing investigation. I agreed to do this out of respect for the gentleman from the Labor Relations Department.

On January 3, 2008 I returned to my home at 11:45 pm to find a message on my answering machine from Mr. Roscoe with regard to my recent suspension. In the message Mr. Rascoe stated that I had clearance from the Labor Relations Department to return to work on January 3, 2008.

The next morning I returned Mr. Rascoe's phone call at 9:15 am. During this phone conversation Mr. Rascoe stated "I am concerned about a signature rewriting that is being investigated and phone calls being missed." I did not address these issues with Mr. Rascoe and redirected the conversation by asking him when I was to return to work. I also inquired as to what my schedule would be and also requested that he FAX or personally give me the clearance in writing for my 30-day suspension dated December 26, 2007. Mr. Rascoe informed me that he would have to make a few phone calls and would call me back.

At approximately 9:28 am I received a call from Mr. Smith, who was calling on Mr. Rascoe's behalf, informing me that I was to return to work that evening (1-4-08) on my usual schedule. In addition he informed me that I would be paid for the days that I did not work due to the suspension. During this conversation I also asked Mr. Smith if he was aware that I was scheduled to have a NOD meeting on January 10, 2008 with Mr. Rascoe and the Labor Relations representative. Mr. Smith stated that he was indeed notified of this upcoming meeting.

On the evening of January 4, 2008, at approximately 10:08 pm, I arrived at the Gate and was met by the Union President, Mr. Price. Mr. Connors, the Control Center Staff on duty that night, spoke to me through the loudspeaker saying that Mr. Rascoe informed him that I was not permitted in the building without an AOD or administrator. At that time Mr. Connors asked if I would like him to call Mr. Warfield, the AOD on duty. I responded that I would like to speak to the AOD. Minutes later I saw Mr. Warfield in conversation with Mr. Connors in the control center. During the time I was made to stand outside the gate, I had the opportunity to update the union president, Mr.

Maurice Chinnery                                                                   page 2
Employee/Applicant Complaint
January 8, 2008

Price, of my present situation. After several minutes of not receiving clearance from Mr.
Warfield, Mr. Price advised me that I should go home.

    At 11:27 pm I called the facility back, I was informed by the control center staff,
Mr. Johnson, AOD Mr. Warfield had already left. I then asked to speak to Mr. Price, the
Union President. Mr. Price informed me that he spoke to Mr. Warfield and informed him
about the situation.

    At 8:33 am on January 5, 2008, I made another call to the Facility to speak to an
AOD. The AOD on duty that morning was Mr. Joyner. I informed Mr. Joyner of the
events of the previous evening and inquired as to whether the situation with my
suspension being rescinded was cleared up. Mr. Joyner stated that he had no knowledge
of the suspension being rescinded and that there was no clearance, that he knew of, for
me to return to work. He informed me that he would check into this matter and would call
me back. At 8:37 am Mr. Joyner left a message on my home answering machine
confirming that I did have clearance, from Mr. Roscoe, Mr. Smith and the Labor
Relations Department, to return to work. At 8:42 am I received an additional message
from Mr. Joyner stating that I would be paid for the previous night, since my lack of
clearance was an error on their part, and that I was to return to work that night.

    On January 6, 2008 and January 7, 2008 I worked my regular schedule on Unit
Four. During my tour I made all of my calls. I called the control center staff to ask if all
my calls were recorded. I was informed that I missed my 4:00 am and 4:30 am calls. I
informed the control center that I had made those calls. I thanked the control center staff
and continued working and making my phone calls.

    When I arrived home on J the morning of January 7, 2008 I could not sleep, I
called the facility again to speak to Mr. Rascoe and was informed that Mr. Rascoe was
there and was placed on hold. After a few moments Mr. Smith got on the phone and
explained to me that I had left the Facility too hastily on the evening of January 4, 2008
without speaking to the AOD on duty. Mr. Smith also informed me that Mr. Price
represents me and is not an administrator, and that I should have been more diligent about
in wanting to speak to the AOD. Mr. Smith also informed that both sides were culpable. I
respectfully listened to Mr. Smith and again tried to redirect the conversation. I again
requested that my clearance for the 30-day suspension without pay be put in writing. Mr.
Smith informed me that he would get the clearance letter typed up and would put it in my
mailbox. As of this writing I have not received the above mentioned clearance letter.