UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
MAURICE A. CHINNERY,

                    Plaintiff,                    10 Civ. 882 (DAB)
          v.                                      ADOPTION OF REPORT
                                                  AND RECOMMENDATION
NEW YORK STATE OFFICE OF CHILDREN
AND FAMILY SERVICES and ROGER RASCO,

                    Defendants.
------------------------------------X
DEBORAH A. BATTS, United States District Judge.

     This matter is before the Court upon the April 24, 2013

Report and Recommendation of United States Magistrate Judge

George A. Yanthis (the "Report"). Judge Yanthis's Report

recommends that the Court grant Defendant Roger Rasco's Motion

for Judgment on the Pleadings pursuant to Federal Rule of Civil

Procedure 12(c). (Report at 2-3.)

     "Within fourteen days after being served with a copy [of a

magistrate judge's Report and Recommendation], a party may serve

and file specific written objections to the proposed findings and

recommendations."  Fed. R. Civ. P. 72(b)(2); accord 28 U.S.C. §

636(b)(1)(C).  The Court may adopt those portions of the Report

to which no timely objection has been made, as long as there is

no clear error on the face of the record.  DiPilato v. 7-Eleven,

Inc., 662 F. Supp. 2d 333, 339 (S.D.N.Y. 2009).  "[F]ailure to

object timely to a magistrate's report operates as a waiver of

any further judicial review of the magistrate's decision."

Caidor v. Onondaga County, 517 F.3d 601, 604 (2d Cir. 2008)

(quoting Small v. Sec'y of Health & Hum. Servs., 892 F.2d 15, 16

(2d Cir. 1989)).  This rule applies to pro se parties so long as

the magistrate's report "explicitly states that failure to object

to the report within [fourteen (14)] days will preclude appellate

review . . . ."  Small, 892 F.2d at 16.

     Despite being advised of the procedure for filing objections

in Judge Yanthis's Report, and warned that failure to file

objections would waive objections and preclude appellate review,

(Report at 3-4), Plaintiff has filed no objections to the Report.

Nor has any other Party filed objections to the Report.

Having reviewed the Report, and finding no clear error on the

face of the record, see 28 U.S.C. § 636(b)(1)(B), it is hereby

ORDERED AND ADJUDGED that the Report and Recommendation of United

States Magistrate Judge George A. Yanthis, filed April 24, 2013,

be and the same hereby is APPROVED, ADOPTED, and RATIFIED by the

Court in its entirety. Defendant Roger Rasco's Motion for

Judgment on the Pleadings is hereby GRANTED and this action is

DISMISSED as against Mr. Rasco.

     The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3),

that any appeal from this Order would not be taken in good faith,

and therefore <u>in forma pauperis</u> status is denied for the purpose

of an appeal.   <u>See</u> <u>Coppedge v. United States</u>, 369 U.S. 438,

444-45 (1962).


        SO ORDERED.

Dated:     New York, New York
           July 10, 2013




                        _____
                             Deborah A. Batts
                        United States District Judge